

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00151-CV

Oscar **LOPEZ**, in his official capacity as Sheriff of Jim Wells County, Unknown Named Agents
of Jim Wells County Sheriff's Department, in their official capacities, Jim Wells County
Sheriff's Department, and Jim Wells County,
Appellants

v.

Monica **ESCOBAR**,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-06-51183-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order denying the appellants' plea to the jurisdiction is REVERSED and judgment is RENDERED dismissing the cause for lack of jurisdiction.

We ORDER appellants recover their costs of this appeal from appellee Monica Escobar.

SIGNED August 28, 2013.

_____
Luz Elena D. Chapa, Justice